

# Fourth Court of Appeals
## San Antonio, Texas

July 26, 2022

No. 04-22-00243-CR

Emery Jay **MENCHACA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 20-06-0138-CRA
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellant's brief was due on July 25, 2022. Before the due date, Appellant filed a first motion for an extension of time to file the brief until September 26, 2022.

Appellant's motion is granted. Appellant's brief is due on September 26, 2022. *See* TEX. R. APP. P. 38.6(d). Any further motion for an extension of time to file the brief may be disfavored.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court